# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPERT AUTHORITY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendant. | Case No. 3:24-cv-00075-SLG |

## ORDER

Plaintiff initiated this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, and Defendant filed its Answer on May 16, 2024.  Pursuant to Local Civil Rule 16.1(a)(5), this case is exempted from the standard pretrial scheduling procedure.  Therefore, IT IS ORDERED that the parties shall meet and confer, and within 21 days of the date of this order, file a proposed briefing schedule for the resolution of this action.  If the parties are unable to agree on a briefing schedule, the parties shall instead each file a motion for a briefing schedule with that party's proposed schedule within 21 days of the date of this order.

DATED this 18th day of June 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE