S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Karen.Vandergaw@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 3:24-cv-00075-SLG |

**SUBSTITUTION OF COUNSEL
AND DISCONTINUATION OF SERVICE**

Please take notice that Noah Roetman is no longer a counsel of record for

Defendant United States of America in the above-entitled matter and requests

discontinuation of electronic service. Copies of all pleadings should now be directed to

Assistant U.S. Attorney, Karen Vandergaw.

KAREN VANDERGAW
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Karen.Vandergaw@usdoj.gov

RESPECTFULLY SUBMITTED this July 24, 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney


/s/ Karen Vandergaw
Assistant U.S. Attorney
United States of America


**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2024,
a true and correct copy of the foregoing
was served electronically on the following:

James Lister
Birch Horton Bittner & Cherot
Suite 350, 1150 Connecticut Ave., N.W.
Washington, D.C. 20036-4165
*Attorney for Plaintiffs*

s/ Karen Vandergaw
United States Attorney's Office