S. LANE TUCKER
United States Attorney

KAREN VANDERGAW
DUSTIN M. GLAZIER
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Karen.Vandergaw@usdoj.gov
Email: Dustin.Glazier@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 3:24-cv-00075-SLG |

**NOTICE OF RELATED CASE**

Pursuant to Local Civil Rules 3.1 and 16.1(e), Defendant United States of America, through counsel, hereby notifies the Court and the Plaintiffs that the instant case is related to *Alaska Industrial Development and Export Authority, 813 West Northern Lights Blvd.,*

*Anchorage, AK 99503 v. U. S. Department of the Interior; Deb Haaland, in her official capacity as Secretary of the Department of the Interior; Bureau of Land Management; and Tracey Stone-Manning, in her official capacity as Director of the Bureau of Land Management*, Case No. 1:23-cv-03126, filed on October 18, 2023, in the United States District Court for the District of Columbia. The case was transferred to the United States District Court for the District of Alaska on March 4, 2024, 3:24-cv-00051-SLG.

Alaska Industrial Development and Export Authority filed their lawsuit against the Defendants alleging unlawful agency action contrary to law made without observance of required procedure and arbitrary and capricious. *See* Dkt. 1, *Alaska Industrial Development and Export Authority v. U. S. Department of the Interior, et al.*, Case No. 3:24-cv-00051-SLG. The plaintiffs' challenge to how senior government officials developed environmental policy that will directly affect AIDEA's commercial and conservational interests is related to the allegations in this lawsuit. *Compare id. with* Dkt. 1.

Consolidation is not requested at this time.

RESPECTFULLY SUBMITTED this July 25, 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Karen Vandergaw
Assistant U.S. Attorney
United States of America

/s/ Dustin M. Glazier
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on July 25, 2024,
a true and correct copy of the foregoing
was served electronically on the following:

James Lister
Birch Horton Bittner & Cherot
Suite 350, 1150 Connecticut Ave., N.W.
Washington, D.C. 20036-4165
*Attorney for Plaintiffs*

/s/ Karen Vandergaw
United States Attorney's Office