James Lister, ABA #1611111
D. Joseph Towslee, Jr., ABA #2402016
Birch Horton Bittner & Cherot
1150 Connecticut Ave, N.W. Suite 350
Washington, DC 20036
jlister@bhb.com
jtowslee@bhb.com
Telephone 202.659.5800
Facsimile 202.659.1027

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Case No.: 3:24-cv-00075-SLG |

**UPDATED RESPONSE TO COURT'S ORDER
RE: BRIEFING SCHEDULE AND STATUS REPORT**

Pursuant to the Court's Order dated July 12, 2024, wherein the Court requested a proposed briefing schedule from the parties if the anticipated FOIA productions were deemed insufficient, Plaintiff Alaska Industrial Development and Export Authority ("AIDEA") and Defendant U.S. Department of the Interior ("DOI") hereby submit this status report, and request the Court defer the proposed briefing schedule for another thirty (30) days to allow for additional FOIA productions.

AIDEA V. U.S. DEPT OF INTERIOR                                                                CASE NO. 3:24-CV-00075-SLG
UPDATED RESPONSE TO ORDER RE: BRIEFING SCHEDULE AND STATUS REPORT     PAGE 1 OF 4
503357\299\1705818

Case 3:24-cv-00075-SLG    Document 15    Filed 08/08/24    Page 1 of 4

## I. AIDEA'S STATUS REPORT

AIDEA brought this action against DOI alleging violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, pursuant to three amended FOIA requests issued in November 2023 to three components of DOI: (1) the Bureau of Land Management ("BLM"),[1] (2) the Office of the Secretary ("OS"),[2] and (3) the U.S. Fish and Wildlife Services ("FWS").[3] The FOIA requests sought records through the date of the search, which date is presumptively November 2023 or shortly thereafter. After receiving interim productions from each component of DOI, AIDEA identified a deficiency in the productions. Specifically, the productions issued from BLM and OS did not yield any documents that post-date January 9, 2023.[4] Because the FOIA requests seek documents related to the Coastal Plain oil and gas lease cancellations, which occurred in September 2023, the productions from BLM and OS should reasonably contain documents that post-date January 9, 2023.

The productions sought by AIDEA are of particular importance to a separate, but related, action filed by AIDEA against DOI.[5] In that case, there is an upcoming judicial review merits briefing deadline on August 9, 2024, for AIDEA's opening brief

---

[1] FOIA Tracking Number DOI-BLM-2024-000171.

[2] FOIA Tracking Number DOI-OS-2024-000083.

[3] FOIA Tracking Number DOI-FWS-2024-000130.

[4] The productions received from FWS contain documents that post-date January 9, 2023, and are not the subject of concern for this interim issue.

[5] *See AIDEA vs. U.S. Dep't of the Interior, et al,* Case No. 3:24-cv-00051-SLG.

AIDEA V. U.S. DEPT OF INTERIOR                                                         CASE NO. 3:24-CV-00075-SLG
UPDATED RESPONSE TO ORDER RE: BRIEFING SCHEDULE AND STATUS REPORT     PAGE 2 OF 4
503357\299\1705818
Case 3:24-cv-00075-SLG   Document 15   Filed 08/08/24   Page 2 of 4

on the "pretext" issue.   AIDEA's reply brief on the pretext issue is due on September 13, 2024.

During the previous July 9 conference with DOI for this FOIA action, DOI indicated BLM and OS anticipated additional FOIA productions near the end of July 2024.

The OS interim production on July 26, 2024 that followed contained three (3) documents dated on or after January, 2023 concerning ANWR coastal plain lease issues, but all three were meeting notices lacking in substance.  This is concerning to AIDEA, but at least DOI's OS has now begun production of documents dated on or after January, 2023.  AIDEA looks forward to the next interim production.

BLM has still not made any production of documents concerning the ANWR coastal plain leases dated on or after January, 2023.  There was no interim production by BLM made during July, 2024.

AIDEA is increasingly concerned that the slow pace of production may require this matter be set for briefing.  However, AIDEA is willing to wait for the interim production in August, 2024 to see if it will resolve these matters without requiring the Court to set a briefing schedule.

## II. DOI'S STATUS REPORT

Defendant has not completed the processing of documents responsive to Plaintiff's FOIA request and believes that it is premature to issue an order establishing a briefing schedule. Defendant is processing Plaintiff's FOIA requests but is currently unable to provide an estimate of the number of potentially

AIDEA V. U.S. DEPT OF INTERIOR                                                         CASE NO. 3:24-CV-00075-SLG
UPDATED RESPONSE TO ORDER RE: BRIEFING SCHEDULE AND STATUS REPORT     PAGE 3 OF 4
503357\299\1705818

Case 3:24-cv-00075-SLG   Document 15   Filed 08/08/24   Page 3 of 4

responsive records or to propose a processing and/or briefing schedule. Since processing has not yet been completed, Defendant respectfully submits that it is premature to propose a briefing schedule.

DATED this 8th day of August, 2024.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for Plaintiff

        By: /s/ D. Joseph Towslee, Jr.
           James Lister, ABA #1611111
           D. Joseph Towslee, Jr., ABA #2402016

        By: /s/ Karen Vandergaw
           Karen Vandergaw
           Dustin M. Glazier
           Assistant U.S. Attorneys
           United States of America
           Counsel for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of August, 2024, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

Karen Vandergaw
Dustin M. Glazier
U.S. Attorney's Office
222 W. Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567
Karen.Vandergaw@usdoj.gov
Dustin.Glazier@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By: /s/ D. Joseph Towslee, Jr.

AIDEA V. U.S. DEPT OF INTERIOR     CASE NO. 3:24-CV-00075-SLG
UPDATED RESPONSE TO ORDER RE: BRIEFING SCHEDULE AND STATUS REPORT     PAGE 4 OF 4
503357\299\1705818

Case 3:24-cv-00075-SLG   Document 15   Filed 08/08/24   Page 4 of 4