James Lister, ABA #1611111
D. Joseph Towslee, Jr., ABA #2402016
Birch Horton Bittner & Cherot
1150 Connecticut Ave, N.W. Suite 350
Washington, DC 20036
jlister@bhb.com
jtowslee@bhb.com
Telephone 202.659.5800
Facsimile 202.659.1027

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>        Plaintiff,<br><br>  vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>        Defendant. | Case No.: 3:24-cv-00075-SLG |

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties, Alaska Industrial Development and Export Authority ("AIDEA"), by and through its counsel, and U.S. Department of the Interior ("DOI"), by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, without prejudice, of the above-captioned matter, with each party to bear their own costs, expenses, and attorneys' fees.

AIDEA intends to keep the pending FOIA requests suspended for the time being, and will communicate with DOI regarding its intent going forward with respect to those FOIA requests within 90 days.

DATED this 8th day of April, 2025.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Plaintiff

By: */s/ D. Joseph Towslee, Jr.*
    James Lister, ABA #1611111
    D. Joseph Towslee, Jr., ABA #2402016

By: */s/ Noah Roetman*
    Noah Roetman
    Dustin M. Glazier
    Assistant U.S. Attorneys
    United States of America
    Counsel for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of April, 2025, a true and correct copy of the foregoing **Stipulation for Dismissal Without Prejudice** was served on the following via the Court's CM/ECF electronic delivery system:

Noah Roetman
Dustin M. Glazier
U.S. Attorney's Office
222 W. Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567
Noah.Roetman@usdoj.gov
Dustin.Glazier@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By: */s/ Nathan S. Wood*
    Nathan S. Wood

AIDEA V. U.S. DEPT OF INTERIOR             CASE NO. 3:24-CV-00075-SLG
STIPULATION FOR DISMISSAL W/O PREJUDICE             PAGE 2 OF 2
Case 3:24-cv-00075-SLG     Document 33     Filed 04/08/25     Page 2 of 2